**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 10-01606-01-PHX-SRB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Wilson, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on March 7, 2011.

**THE COURT FINDS** that the Defendant  knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 8th day of March, 2011

Lawrence O. Anderson
United States Magistrate Judge